UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8232-RMM

IN RE SEALED COMPLAINT
_____/

**CRIMINAL COVER SHEET**

FILED BY ____SP____ D.C.
May 1, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0592501
500 S. Australian, Suite 400
West Palm Beach, FL 33401

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CHRISTOPHER ALLEN MCGRADY, | ) Case No.  25-mj-8232-RMM |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY ___SP___ D.C.
May 1, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 27, 2025  in the county of  Palm Beach  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a convicted felon |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Fuchsman, ATF Task Force Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 5/1/25

_____
*Judge's signature*

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Daniel Fuchsman, first being duly sworn, does hereby depose and state as follows:

### Introduction

1. Your Affiant is currently a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has served in that capacity since January 2021. As a TFO your affiant has been specially deputized by the United States Marshals Service and authorized to enforce federal law, to include offenses occurring under Titles 18 and 21 of the United States Code. Your affiant has served as a West Palm Beach Police Officer (WPBPD) for approximately the preceding 8-year period. Some of your affiant's responsibilities as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) include investigating violations of federal law, including violations of Gun Control Act (Title 18 United States Code, Chapter 44). During my tenure with the West Palm Beach Police Department, Your Affiant has personally participated in the arrest of over 100 individuals for the sale and possession of illegal controlled substances and over fifty investigations, arrest and subsequent debriefings of individuals who were arrested for possessing firearms in furtherance of violent and/or drug trafficking crimes. Your Affiant personally participated in the execution of at least 50 narcotics related search warrants. Your Affiant interviewed at least 50 individuals who were involved in the sale and distribution of controlled substances. Consequently, Your Affiant is familiar with the ways, manner, and means by which street level narcotics are purchased, sold, and packaged, as well as street terminology employed by individuals selling such controlled substances.

2. I make this Affidavit in support of a criminal complaint charging **CHRISTOPHER ALLEN MCGRADY,** with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3. I submit this Affidavit based on my personal knowledge and information provided to me from other law enforcement officials. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which I am aware.

## PROBABLE CAUSE

4. On April 26, 2025, West Palm Beach Police Department patrol Officer J. Pace responded to 2808 North Australian Avenue which is in West Palm Beach, Florida, located in the Southern District of Florida in reference to a battery. While on scene, WPBPD officers contacted the victim, later identified as CW, who advised he was unprovokedly assaulted by a black male who was no longer on scene. CW had markings on his face to corroborate the statements made.

5. On April 27, 2025, West Palm Beach Police Department patrol Field Training Officer J. Butler and Officer in Training L. Vangorder responded to 2808 North Australian Avenue which is in West Palm Beach, Florida, located in the Southern District of Florida to follow up on the simple battery which took place a day prior. The following events were audio and video recorded on police body worn cameras, which have been reviewed by your affiant. While on scene WPBPD Officer Butler and Vangorder contacted CW who stated the male who assaulted him the other day was on scene. CW positively identified the suspect, later identified as Christopher MCGRADY, to the officers on scene. WPBPD Officer Butler and Vangorder contacted MCGRADY who was read his *Miranda* rights prior to questioning. MCGRADY admitted to pushing and punching CW at which time MCGRADY was placed under arrest. While being placed in handcuffs MCGRADY advised he was armed with a weapon.

6. A black Smith & Wesson M&P Model Bodyguard .380 caliber semi-automatic handgun was removed from MCGRADY's front right pants pocket by Officer Vangorder after donning a pair of fresh latex gloves. The Smith & Wesson pistol bore serial number KEM7948 and was determined to have six (6) Hornady .380 caliber rounds in its inserted magazine. MCGRADY was

arrested by the WPBPD for Simple Battery and Felon in Possession of a Firearm and is currently being held at the Palm Beach County Detention Facility.

7. Special Agent (SA) Michael Kelly of the Bureau of Alcohol, Tobacco Firearms, and Explosives (ATF) is an expert in interstate nexus. He viewed the firearms and ammunition and advised the following: the Smith & Wesson M&P Bodyguard and all the listed ammunition that the firearm/magazine contained was manufactured outside the state of Florida. Your affiant submits that because the firearm and ammunition were manufactured outside the State of Florida they traveled in and affected interstate and/or foreign commerce.

8. A criminal records check, and records from the Palm Beach County Circuit Court establish that prior to April 27, 2025, MCGRADY had the following felony criminal convictions, each of which was punishable for a term of imprisonment exceeding one year under Florida law:

   a) Possession of Ecstasy/MDMA, Possession of Cocaine, Tampering of Physical Evidence in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502009CF015284AXXXMB, dated May 10, 2009.

   b) Sale of Cocaine, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502010CF006938AXXXMB, dated June 16, 2010.

   c) Sale of Cocaine, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502012CF000443AXXXMB, dated January 13, 2012.

   d) Robbery with a Firearm, Felon in Possession of a Firearm in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502012CF010391AXXXMB, dated September 25, 2012. For these offenses, the defendant was sentenced to 7 years in the Florida Department of Corrections.

   e) Battery of a Child, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502013CF002445AXXXMB, dated March 06, 2013.

f) Preventing or Obstructing Extinguishment of Fire, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502022CF005857AXXXMB, dated April 19th, 2023.

g) Lewd or Lascivious Exhibition in the Presence of a Prison Employee, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502022CF009038AXXXMB, dated April 19th, 2023.

h) Lewd or Lascivious Exhibition in the Presence of a Prison Employee, in the Fifteenth Judicial Circuit in and for Palm Beach County, FL, case number 502023CF002193AXXXMB, dated April 19th, 2023.

## CONCLUSION

9. Wherefore, on the basis of the foregoing, I respectfully submit that probable cause exists to charge **CHRISTOPHER ALLEN MCGRADY** with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1).

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

_____
Task Force Officer Daniel Fuchsman
Bureau of Alcohol, Tobacco, Firearms and Explosives

ATTESTED TO ME TELEPHONICALLY
(VIA FACETIME) BY THE APPLICANT
IN ACCORDANCE WITH THE REQUIREMENTS
OF FED. R. CRIM. P. 4.1 THIS ___1___ DAY
DAY OF.  May 2025

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __CHRISTOPHER ALLEN MCGRADY__

Case No: _____

Possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1)

* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.