UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80070-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER ALLEN MCGRADY,**

    Defendant.

_____/

### ORDER ADOPTING CORRECTED REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS PHYSICAL AND TESTIMONIAL EVIDENCE [ECF NO. 57]

THIS CAUSE is before the Court on Defendant, Christopher Allen McGrady's ("Defendant"), Motion to Suppress Physical and Testimonial Evidence [ECF No. 24 (the "Motion")], filed June 23, 2025.

Pursuant to 28 U.S.C. § 636 (b)(1)(A) and (B) and the Magistrate Judge Rules of the S.D. Fla. L.R., the matter was referred for a Report and Recommendation to Chief Magistrate Judge William Matthewman [ECF No. 27]. On July 22, 2025, Magistrate Judge Matthewman held an evidentiary hearing, which continued on July 30, 2025, on the Motion during which all evidence and testimony were considered. [ECF Nos. 38 and 42]. On August 6, 2025, Chief Magistrate Judge Matthewman issued a Report and Recommendation on Defendant's Motion to Suppress [ECF No. 52], and on August 14, 2025, Chief Magistrate Judge Matthewman issued a Corrected Report and Recommendation on Defendant's Motion to Suppress [ECF No. 57]. Defendant timely filed objections [ECF No. 56], and the Government filed a timely Response [ECF No. 58].

When a magistrate judge's "disposition" is properly objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). A proper objection "identifie[s] specific findings set forth in the R & R and articulate[s] a legal ground for objection." *Leatherwood v. Anna's Linens Co.*, 384 F. App'x 853, 857 (11th Cir. 2010) (citation omitted). "Frivolous, conclusive, or general objections need not be considered by the district court." *Id.* (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) (internal quotation marks and other citation omitted)); *see also Russell v. United States*, No. 11-20557-Civ, 2012 WL 10026019, at *1 (S.D. Fla. Apr. 17, 2012) (declining to address general or blanket objections not specifically identifying aspects of the Magistrate Judge's report to which the petitioner objected). Since the Defendant filed timely objections, this Court has reviewed the record *de novo*.

THE COURT has conducted a careful and complete review of the record to determine whether the findings are reasonable. Chief Judge Matthewman issued a thorough, well-reasoned, and complete analysis of the evidence, including evidence presented at two days of evidentiary hearings, and of the parties' arguments. After considering the Report and Defendant's objections and arguments regarding the underlying Motion and Judge Matthewman's Report, this Court finds no error, the conclusions are reasonable, and this Court is in full agreement with Chief Judge Matthewman's analysis and recommendations.

Moreover, nothing in Defendant's Objections changes this Court's conclusions regarding Chief Judge Matthewman's analysis and recommendations. Upon reviewing the Objections, the Objections generally address matters considered by Chief Judge Matthewman in the Report, albeit with added authority and additional discussion regarding the evidence. Nonetheless, even having fully considered the information set forth in the Objections and

having conducted a full, de novo review, this Court remains satisfied that there is no error in the Report and, to the contrary, the undersigned fully agrees with the Chief Magistrate Judge's analysis and conclusions.

This, after careful review of Chief Magistrate Judge Matthewman's Report, this Court overrules Defendant's Objections and adopts the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 57]** is **AFFIRMED AND ADOPTED and INCORPORATED BY REFERENCE HEREIN FOR ALL PURPOSES, INCLUDING APPELLATE REVIEW**.

Defendant, Christopher Allen McGrady's Motion to Suppress Physical and Testimonial Evidence **[ECF No. 24]** is **DENIED**, and no statements nor evidence shall be suppressed based on the Motion.

It is further

**ORDERED** that the earlier filed Report and Recommendation **[ECF No. 52]** is **STRICKEN** due to the filing of the Corrected Report and Recommendation.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 14th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record